Commonwealth ex rel. Craig, Appellant, v. Russell.

Submitted December 13, 1965. *Howard Craig*, appellant, in propria persona; *Vincent C. Veldorale* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Dennis, Appellant, v. Cavell.

Submitted December 13, 1965. *Sylvester Dennis*, appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Easley, Appellant, v. Maroney.

Submitted December 13, 1965. *Nathaniel Easley*, appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.